# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

QUINTON DRUMMER, *et al.*,

    Plaintiff(s),

v.

ALPHA TEAM CONSTRUCTION CORPORATION, *et al.*,

    Defendant(s).

Case No.: 2:18-cv-01251-RFB-NJK

**Order**

(Docket No. 20)

    Pending before the Court is the parties' joint proposed discovery plan and scheduling order. Docket No. 20. The parties seek an extended discovery period of 270 days measured from the date the proposed discovery plan was filed on November 2, 2018, which is 327 days from the date the first defendant appeared. *Id.*

    A discovery period longer than the presumptively reasonable discovery period of 180 days "must include...a statement of the reasons why longer or different time periods should apply...." Local Rule 26-1(a). The parties fail to articulate any reason for an extended discovery period. *See* Docket No. 20. Additionally, Local Rule 26-1(b)(1) states the discovery cut-off is calculated from the date the first defendant answered or otherwise appeared. The parties do not provide an explanation for calculating the discovery cut-off from the date of the proposed discovery plan filing. *See* Docket No. 20.

1

Accordingly, the discovery plan is **DENIED.** The parties must file a renewed joint proposed discovery plan and scheduling order, that complies in full with Local Rule 26-1, no later than November 7, 2018.

IT IS SO ORDERED.

Dated: November 2, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge