1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| QUINTON DRUMMER, *et al.*,<br><br>    Plaintiff(s),<br><br>v.<br><br>ALPHA TEAM CONSTRUCTION CORPORATION, *et al.*,<br><br>    Defendant(s). | Case No.: 2:18-cv-01251-RFB-NJK<br><br>**Order**<br><br>(Docket No. 24) |

Pending before the Court is the parties' proposed discovery plan. Docket No. 24. The discovery plan effectively stays discovery pending the resolution of Defendant's motion to dismiss and Plaintiffs' motion for conditional certification. *Id.* at 2-3. To the extent parties seeks a stay of discovery, they must file a motion seeking such relief that addresses the applicable standards. *See Kor Media Grp., Inc. v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013); *see also Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 602 (D. Nev. 2011) (a partial stay of discovery may be appropriate when the underlying motion is potentially dispositive of the claims for which that subset of discovery would be sought). As such, unless and until such motion is filed and granted, discovery shall proceed as to all issues, and the parties must diligently engage in discvoery.

. . .

. . .

. . .

. . .

Accordingly, the discovery plan is **DENIED**. The parties must file a renewed joint proposed discovery plan and scheduling order, that complies in full with Local Rule 26-1, no later than November 9, 2018.

IT IS SO ORDERED.

Dated: November 8, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge