# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| QUINTON DRUMMER, et al., <br>     Plaintiff(s), <br> v. <br> ALPHA TEAM CONSTRUCTION, et al., <br>     Defendant(s). | Case No.: 2:18-cv-01251-RFB-NJK <br><br> **Order** <br><br> [Docket No. 33] |

Pending before the Court is Leah A. Martin's motion to withdraw as counsel for Defendants BG Construction services, LLC and Hector Beltran. Docket No. 33. The Court hereby **SETS** a hearing on that motion for 10:00 a.m. on February 21, 2019, in Courtroom 3A. Defendants shall appear in person. Defendants' current counsel and any newly retained counsel shall appear in person. **THERE WILL BE NO EXCEPTIONS TO THE APPEARANCE REQUIREMENTS OF BOTH DEFENDANTS AND COUNSEL.** No later than February 7, 2019, Defendants' current counsel shall serve them with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than February 14, 2019. Failure to comply with any portion of this order may result in sanctions.

IT IS SO ORDERED.

Dated: January 16, 2019

                                                                      Nancy J. Koppe <br>
                                                                      United States Magistrate Judge