# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| QUINTON DRUMMER, *et al.*, | Case No.: 2:18-cv-01251-RFB-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| ALPHA TEAM CONSTRUCTION CORPORATION, *et al.*, | |
| Defendant(s). | |

On January 16, 2019, the Court set a hearing on Leah A. Martin's motion to withdraw as counsel for February 21, 2019, at 10:00 a.m. Docket No. 34. In light of the expected snowfall in Las Vegas, the hearing is **CONTINUED** to February 25, 2019, at 11:00 a.m., in Courtroom 3B. All other requirements set forth in the order at Docket No. 34 remain. Additionally, the order allowing the telephonic appearance of Plaintiffs' attorney Charles R. Ash, IV, applies to the continued hearing.

IT IS SO ORDERED.

Dated: February 20, 2019

_____
NANCY J. KOPPE
United States Magistrate Judge

1