UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

QUINTON DRUMMER, *et al.*,

Plaintiffs,

v.

ALPHA TEAM CONSTRUCTION CORPORATION, *et al.*,

Defendants.

Case No. 2:18-cv-01251-RFB-NJK

**ORDER**

Before the Court for consideration is the Report and Recommendation (ECF No. 50) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered April 25, 2019.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by May 9, 2019. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

**IT IS THEREFORE ORDERED** that the Amended Report and Recommendation [ECF No. 50] is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that default judgment is entered against Defendant BG Construction Services for failure to comply with the Court's orders.

DATED: May 28, 2019.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**