# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

QUINTON DRUMMER, et al.,

          Plaintiffs,

v.

ALPHA TEAM CONSTRUCTION CORPORATION, et al.,

          Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-01251-RFB-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is entered against Defendant BG Construction Services.

5/29/19  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk