Kirsten A. Milton
Nevada State Bar No. 14401
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  Kirsten.milton@jacksonlewis.com
           Daniel.aquino@jacksonlewis.com


*Attorneys for Defendant*
*J.C.M. Industries, Inc. dba Advance Storage*
*Products*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| QUINTON DRUMMER, STEFFAN WEBB, and DEMONTRAY STALLWORTH, individually, and on behalf of all others similarly situated, | Case No.:  2:18-cv-01251-RFB-NJK |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT J.C.M. INDUSTRIES dba ADVANCE STORAGE PRODUCTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COLLECTIVE AND CLASS ACTION COMPLAINT** |
| vs. | |
| ALPHA TEAM CONSTRUCTION CORPORATION, BG CONSTRUCTION SERVICES, LLC, HECTOR BELTRAN, and J.C.M. INDUSTRIES, INC., doing business as ADVANCE STORAGE PRODUCTS, jointly and severally, | **(First Request)** |
| Defendants. | |

Defendant J.C.M. Industries, Inc. doing business as Advance Storage Products ("JCM"), by and through its counsel, Jackson Lewis P.C., and Plaintiffs Quinton Drummer, Steffan Webb and Demontray Stallworth ("Plaintiffs"), by and through their counsel, Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, hereby stipulate and agree to extend the time for JCM to answer or otherwise respond to Plaintiffs' First Amended Collective and Class Action Complaint.  Plaintiffs served their First Amended Collective and Class Action Complaint on JCM on July 5, 2019, and

JCM's response is due on July 26, 2019. Plaintiffs and JCM have agreed to a brief extension of time for Defendant to answer or otherwise respond to the First Amended Collective and Class Action Complaint as JCM's counsel was only recently retained and needs additional time to investigate Plaintiffs' claims.

JCM shall, therefore, have a 30-day extension, up to and including August 26, 2019, to answer or otherwise respond to Plaintiff's First Amended Collective and Class Action Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 26th day of July, 2019.

WOLF, RIFKIN, SHAPRIO, SCHULMAN
& RABKIN, LLP

JACKSON LEWIS P.C.

/s/ Daniel Bravo
Don Springmeyer, Bar No. 1021
Bradley S. Schrager, Bar No. 10217
Daniel Bravo, Bar No. 13078
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89102

/s/ Kirsten A. Milton
Kirsten A. Milton, Bar No. 14401
Daniel I. Aquino, Bar No. 12682
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

*Attorneys for Defendant J.C.M. Industries, Inc.
dba Advance Storage Products*

**IT IS SO ORDERED.**

Dated this 29 day of _____ July _____, 2019.

_____
Nancy J. Koppe
United States Magistrate Judge