Kirsten A. Milton
Nevada State Bar No. 14401
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: Kirsten.milton@jacksonlewis.com
Daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*J.C.M. Industries, Inc. dba Advance Storage Products*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| QUINTON DRUMMER, STEFFAN WEBB, and DEMONTRAY STALLWORTH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ALPHA TEAM CONSTRUCTION CORPORATION, BG CONSTRUCTION SERVICES, LLC, HECTOR BELTRAN, and J.C.M. INDUSTRIES, INC., doing business as ADVANCE STORAGE PRODUCTS, jointly and severally,<br><br>Defendants. | Case No.: 2:18-cv-01251-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE AMENDED JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br>   **(First Request)** |

Defendant J.C.M. Industries, Inc. doing business as Advance Storage Products ("JCM"), by and through its counsel, Jackson Lewis P.C., Plaintiffs Quinton Drummer, Steffan Webb and Demontray Stallworth ("Plaintiffs"), by and through their counsel, Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, and Defendant Hector Beltran, in proper person, hereby submit this stipulation to extend to submit their joint proposed discovery plan and scheduling order.

Plaintiffs served their First Amended Collective and Class Action Complaint on JCM on July 5, 2019, adding JCM as a Defendant to this action. The parties stipulated to extend JCM's

deadline to answer or otherwise respond to Plaintiff's First Amended Collective and Class Action Complaint to August 26, 2019. The parties believe that more meaningful discussions regarding scope of discovery may be had after the filing of JCM's responsive pleading. The parties seek an extension through and including September 9, 2019 to file their proposed Discovery Plan and Scheduling Order. This extension will provide the parties with two weeks to confer regarding the scope of discovery based on JCM's responsive pleading and any defenses asserted.

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

**STIPULATION**

NOW THEREFORE, the parties hereby agree and stipulate as follows:

The deadline for filing the parties' Amended Joint Proposed Discovery Plan and Scheduling order be continued to September 9, 2019. This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 14th day of August, 2019.

| | |
|---|---|
| WOLF, RIFKIN, SHAPRIO, SCHULMAN & RABKIN, LLP | JACKSON LEWIS P.C. |
| */s/ Charles R. Ash, IV* | */s/ Daniel I. Aquino* |
| Don Springmeyer, Bar No. 1021<br>Bradley S. Schrager, Bar No. 10217<br>Daniel Bravo, Bar No. 13078<br>3556 E. Russell Road, Second Floor<br>Las Vegas, Nevada 89102 | Kirsten A. Milton, Bar No. 14401<br>Daniel I. Aquino, Bar No. 12682<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant J.C.M. Industries, Inc. dba Advance Storage Products* |
| Charles R. Ash, IV, Pro Hac Vice<br>Sommers Schwartz, P.C.<br>One Towne Square, 17th Floor<br>Southfield, Michigan 48076<br>*Attorneys for Plaintiffs* | |

*/s/ Hector Beltran*
Hector Beltran
BG Construction Services, LLC
9775 Hightower Road
Roswell, GA 30075
*Defendant, in proper person*

**IT IS SO ORDERED.**

Dated this  15  day of    August   , 2019.

_____
MAGISTRATE JUDGE