Kirsten A. Milton
Nevada State Bar No. 14401
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: Kirsten.milton@jacksonlewis.com
         Daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*J.C.M. Industries, Inc. dba Advance Storage*
*Products*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| QUINTON DRUMMER, STEFFAN WEBB, and DEMONTRAY STALLWORTH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALPHA TEAM CONSTRUCTION CORPORATION, BG CONSTRUCTION SERVICES, LLC, HECTOR BELTRAN, and J.C.M. INDUSTRIES, INC., doing business as ADVANCE STORAGE PRODUCTS, jointly and severally,<br><br>Defendants. | Case No.:  2:18-cv-01251-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT J.C.M. INDUSTRIES dba ADVANCE STORAGE PRODUCTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COLLECTIVE AND CLASS ACTION COMPLAINT, AND TIME TO FILE AMENDED JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(Second Request)** |

Defendant J.C.M. Industries, Inc. doing business as Advance Storage Products ("JCM"), by and through its counsel, Jackson Lewis P.C., Plaintiffs Quinton Drummer, Steffan Webb and Demontray Stallworth ("Plaintiffs"), by and through their counsel, Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, and Defendant Hector Beltran, in proper person, hereby submit this stipulation to extend the time for JCM to answer or otherwise respond to Plaintiffs' First Amended Collective and Class Action Complaint, and for the parties to submit their joint proposed discovery plan and scheduling order.

Plaintiffs served their First Amended Collective and Class Action Complaint on JCM on July 5, 2019, and JCM's response was, initially, due on July 26, 2019. The parties stipulated, with this Court's approval, to extend JCM's deadline to answer or otherwise respond to Plaintiffs' First Amended Collective and Class Action Complaint to August 26, 2019. (ECF No. 63). After preliminary discussions regarding the scope of discovery, the parties further stipulated, with this Court's approval, to extend the time for the parties to submit their amended joint proposed discovery plan and scheduling order to September 9, 2019, two weeks after JCM's deadline to answer or otherwise respond to Plaintiffs' Amended Complaint, to allow further discussions regarding the scope of discovery. (ECF No. 65).

In the course of discussions regarding Plaintiffs' claims, JCM's defenses, and the scope of potential discovery, counsel for Plaintiffs and counsel for JCM have determined that early settlement discussions may be fruitful in resolving Plaintiffs' claims against JCM without further litigation. Accordingly, Plaintiffs and JCM have agreed to a 30-day extension of time for JCM to answer or otherwise respond to the First Amended Collective and Class Action Complaint, up to and including September 26, 2019, in order to conduct settlement discussions.

The parties further request a corresponding extension of the deadline to submit the amended joint proposed discovery plan and scheduling order to October 10, 2019, two weeks after the extended deadline to respond to the Amended Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay. This is the parties' second request for extension of these deadlines.

### **STIPULATION**

NOW THEREFORE, the parties hereby agree and stipulate as follows:

The deadline for Defendant JCM to answer or otherwise respond to Plaintiffs' First Amended Collective and Class Action Complaint shall be continued to September 26, 2019.

The deadline for filing the parties' Amended Joint Proposed Discovery Plan and Scheduling order shall be continued to October 10, 2019.

Dated this 26th day of August, 2019.

WOLF, RIFKIN, SHAPRIO, SCHULMAN
& RABKIN, LLP

JACKSON LEWIS P.C.

/s/ Charles R. Ash, IV
Don Springmeyer, Bar No. 1021
Bradley S. Schrager, Bar No. 10217
Daniel Bravo, Bar No. 13078
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89102

/s/ Daniel I. Aquino
Kirsten A. Milton, Bar No. 14401
Daniel I. Aquino, Bar No. 12682
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
*Attorneys for Defendant J.C.M. Industries, Inc. dba Advance Storage Products*

Charles R. Ash, IV, Pro Hac Vice
Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
*Attorneys for Plaintiffs*

/s/ Hector Beltran
Hector Beltran
BG Construction Services, LLC
9775 Hightower Road
Roswell, GA 30075
*Defendant, in proper person*

**IT IS SO ORDERED.**

Dated this 27 day of August, 2019.

_____
Nancy J. Koppe
United States Magistrate Judge

4835-8819-6514, v. 1