Kirsten A. Milton
Nevada State Bar No. 14401
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: Kirsten.milton@jacksonlewis.com
       Daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*J.C.M. Industries, Inc. dba Advance Storage*
*Products*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| QUINTON DRUMMER, STEFFAN WEBB, and DEMONTRAY STALLWORTH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ALPHA TEAM CONSTRUCTION CORPORATION, BG CONSTRUCTION SERVICES, LLC, HECTOR BELTRAN, and J.C.M. INDUSTRIES, INC., doing business as ADVANCE STORAGE PRODUCTS, jointly and severally,<br><br>Defendants. | Case No.: 2:18-cv-01251-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT J.C.M. INDUSTRIES dba ADVANCE STORAGE PRODUCTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COLLECTIVE AND CLASS ACTION COMPLAINT, AND TIME TO FILE AMENDED JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(Third Request)** |

Defendant J.C.M. Industries, Inc. doing business as Advance Storage Products ("JCM"), by and through its counsel, Jackson Lewis P.C., Plaintiffs Quinton Drummer, Steffan Webb and Demontray Stallworth ("Plaintiffs"), by and through their counsel, Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, and Defendant Hector Beltran, in proper person, hereby submit this stipulation to extend the time for JCM to answer or otherwise respond to Plaintiffs' First Amended Collective and Class Action Complaint, and for the parties to submit their joint proposed discovery plan and scheduling order.

Plaintiffs served their First Amended Collective and Class Action Complaint on JCM on July 5, 2019, and JCM's response was, initially, due on July 26, 2019. The parties stipulated, with this Court's approval, to extend JCM's deadline to answer or otherwise respond to Plaintiffs' First Amended Collective and Class Action Complaint to August 26, 2019. (ECF No. 63). After preliminary discussions regarding the scope of discovery, the parties further stipulated, with this Court's approval, to extend the time for the parties to submit their amended joint proposed discovery plan and scheduling order to September 9, 2019, two weeks after JCM's deadline to answer or otherwise respond to Plaintiffs' Amended Complaint, to allow further discussions regarding the scope of discovery. (ECF No. 65).

In the course of discussions regarding Plaintiffs' claims, JCM's defenses, and the scope of potential discovery, counsel for Plaintiffs and counsel for JCM determined that early settlement discussions may be fruitful in resolving Plaintiffs' claims against JCM without further litigation. Accordingly, Plaintiffs and JCM stipulated, with the Court's approval, to extend the time for JCM to answer or otherwise respond to the First Amended Collective and Class Action Complaint to September 26, 2019, and to extend the time for the parties to submit their amended joint proposed discovery plan and scheduling order to October 10, 2019, in order to conduct settlement discussions. (ECF No. 68, 69).

Since the time that extension was granted, the parties have continued to evaluate their respective positions and have exchanged multiple offers and counteroffers. However, due to the complexity of the matter and class action settlement considerations, the parties are still in the process of negotiating and exploring a potential settlement of the matter. Accordingly, the parties seek a further 3-week extension for JCM to answer or otherwise respond to the First Amended Collective and Class Action Complaint to October 17, 2019, in order to continue negotiations. This is the parties' third request for extension of this deadline.

The parties further request a corresponding extension of the deadline to submit the amended joint proposed discovery plan and scheduling order to October 31, 2019, two weeks after the extended deadline to respond to the Amended Complaint. This is the parties' second

JACKSON LEWIS P.C.
LAS VEGAS

-2-

request for extension of this deadline.

This stipulation and order is sought in good faith and not for the purpose of delay.

## **STIPULATION**

NOW THEREFORE, the parties hereby agree and stipulate as follows:

The deadline for Defendant JCM to answer or otherwise respond to Plaintiffs' First Amended Collective and Class Action Complaint shall be continued to October 17, 2019.

The deadline for filing the parties' Amended Joint Proposed Discovery Plan and Scheduling order shall be continued to October 31, 2019.

Dated this 24th day of September, 2019.

| | |
|---|---|
| WOLF, RIFKIN, SHAPRIO, SCHULMAN & RABKIN, LLP | JACKSON LEWIS P.C. |
| */s/ Charles R. Ash, IV* | */s/ Daniel I. Aquino* |
| Don Springmeyer, Bar No. 1021 | Kirsten A. Milton, Bar No. 14401 |
| Bradley S. Schrager, Bar No. 10217 | Daniel I. Aquino, Bar No. 12682 |
| Daniel Bravo, Bar No. 13078 | 300 S. Fourth Street, Suite 900 |
| 3556 E. Russell Road, Second Floor | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89102 | *Attorneys for Defendant J.C.M. Industries, Inc. dba Advance Storage Products* |

Charles R. Ash, IV, Pro Hac Vice
Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
*Attorneys for Plaintiffs*

*/s/ Hector Beltran*
Hector Beltran
BG Construction Services, LLC
9775 Hightower Road
Roswell, GA 30075
*Defendant, in proper person*

**IT IS SO ORDERED.**

Dated this 25 day of September, 2019.

_____
MAGISTRATE JUDGE

4827-1416-5671, v. 1