| | |
|---|---|
| Kirsten A. Milton<br>Nevada State Bar No. 14401<br>Daniel I. Aquino<br>Nevada State Bar No. 12682<br>**JACKSON LEWIS P.C.**<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Tel: (702) 921-2460<br>Email: Kirsten.milton@jacksonlewis.com<br>Daniel.aquino@jacksonlewis.com<br><br>*Attorneys for Defendant*<br>*J.C.M. Industries, Inc. dba Advance Storage*<br>*Products* | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| QUINTON DRUMMER, STEFFAN WEBB, and DEMONTRAY STALLWORTH, individually, and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br>vs.<br><br>ALPHA TEAM CONSTRUCTION CORPORATION, BG CONSTRUCTION SERVICES, LLC, HECTOR BELTRAN, and J.C.M. INDUSTRIES, INC., doing business as ADVANCE STORAGE PRODUCTS, jointly and severally,<br><br>           Defendants. | Case No.: 2:18-cv-01251-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND ~~TIME FOR DEFENDANT J.C.M. INDUSTRIES dba ADVANCE STORAGE PRODUCTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COLLECTIVE AND CLASS ACTION COMPLAINT, AND~~ TIME TO FILE AMENDED JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(Fourth and Final Request)** |

      Defendant J.C.M. Industries, Inc. doing business as Advance Storage Products ("JCM"), by and through its counsel, Jackson Lewis P.C., Plaintiffs Quinton Drummer, Steffan Webb and Demontray Stallworth ("Plaintiffs"), by and through their counsel, Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, and Defendant Hector Beltran, in proper person, hereby submit this final stipulation to extend the time for JCM to answer or otherwise respond to Plaintiffs' First Amended Collective and Class Action Complaint, and for the parties to submit their joint proposed discovery plan and scheduling order.

Plaintiffs served their First Amended Collective and Class Action Complaint on JCM on July 5, 2019, and JCM's response was, initially, due on July 26, 2019. The parties stipulated, with this Court's approval, to extend JCM's deadline to answer or otherwise respond to Plaintiffs' First Amended Collective and Class Action Complaint to August 26, 2019, with subsequent extensions approved to September 26, 2019 and October 17, 2019. (ECF No. 63; 68, 72). After preliminary discussions regarding the scope of discovery, the parties further stipulated, with this Court's approval, to extend the time for the parties to submit their amended joint proposed discovery plan and scheduling order to September 9, 2019, with subsequent extensions approved to October 10, 2019 and October 31, 2019, reflecting two weeks after JCM's deadline to answer or otherwise respond to Plaintiffs' Amended Complaint. (ECF No. 65; 69; 73).

Throughout this period, the parties have continued to evaluate their respective positions and supporting evidence, and have exchanged multiple offers and counteroffers. While negotiations have taken longer than expected due to the factual complexity of the matter, the parties believe that one final brief extension will allow the parties to complete the negotiation process.

Accordingly, the parties seek a brief and final 2-week extension for JCM to answer or otherwise respond to the First Amended Collective and Class Action Complaint to October 31, 2019, in order to continue negotiations. This is the parties' fourth and final request for extension of this deadline.

The parties further request a corresponding extension of the deadline to submit the amended joint proposed discovery plan and scheduling order to November 14, 2019, two weeks after the extended deadline to respond to the Amended Complaint. This is the third request for extension of this deadline.

This stipulation and order is sought in good faith and not for the purpose of delay.

## **STIPULATION**

NOW THEREFORE, the parties hereby agree and stipulate as follows:

~~The deadline for Defendant JCM to answer or otherwise respond to Plaintiffs' First~~

~~Amended Collective and Class Action Complaint shall be continued to October 31, 2019.~~

The deadline for filing the parties' Amended Joint Proposed Discovery Plan and Scheduling order shall be continued to November 14, 2019.

Dated this 16th day of October, 2019.

| | |
|---|---|
| WOLF, RIFKIN, SHAPRIO, SCHULMAN & RABKIN, LLP | JACKSON LEWIS P.C. |
| */s/ Charles R. Ash, IV* | */s/ Daniel I. Aquino* |
| Don Springmeyer, Bar No. 1021<br>Bradley S. Schrager, Bar No. 10217<br>Daniel Bravo, Bar No. 13078<br>3556 E. Russell Road, Second Floor<br>Las Vegas, Nevada 89102 | Kirsten A. Milton, Bar No. 14401<br>Daniel I. Aquino, Bar No. 12682<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant J.C.M. Industries, Inc. dba Advance Storage Products* |
| Charles R. Ash, IV, Pro Hac Vice<br>Sommers Schwartz, P.C.<br>One Towne Square, 17th Floor<br>Southfield, Michigan 48076<br>*Attorneys for Plaintiffs* | |

*/s/ Hector Beltran*
Hector Beltran
BG Construction Services, LLC
9775 Hightower Road
Roswell, GA 30075
*Defendant, in proper person*

**IT IS SO ORDERED.**

Dated this  17  day of   October   , 2019.

_____
UNITED STATES MAGISTRATE JUDGE

4843-2585-1306, v. 1